**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO, DENVER DIVISION

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy          12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Michael**<br>First name<br><br>**John**<br>Middle name<br><br>**Bobber**<br>Last name and Suffix (Sr., Jr., II, III) | **Katrina**<br>First name<br><br>**Jane**<br>Middle name<br><br>**Bobber**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | **First LastMichael John bobber**<br>**Michael Bobber**<br>**MICHAEL BOBBER, JR**<br>**MICHAEL BOBBER, JR**<br>**Mike Bobber** | **Katrina Bobber**<br>**KATRINA ELBAKRI**<br>**Katrina Jane El-Bakri** |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-9081** | **xxx-xx-5872** |

| Debtor 1 | | Case number *(if known)* |
|---|---|---|
| Debtor 2 | **Bobber, Michael John & Bobber, Katrina Jane** | |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4.** Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **5.** Where you live | **2841 Monroe Ln**<br>**# B**<br>**Grand Junction, CO 81503**<br>Number, Street, City, State & ZIP Code<br><br>**Mesa**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **6.** Why you are choosing *this district* to file for bankruptcy | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1
Debtor 2 **Bobber, Michael John & Bobber, Katrina Jane**

Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

■ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1
Debtor 2   **Bobber, Michael John & Bobber, Katrina Jane**

Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a** *small business debtor?*

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1
Debtor 2    **Bobber, Michael John & Bobber, Katrina Jane**

Case number *(if known)* _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>   ☐ **Incapacity.**<br>   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>   ☐ **Disability.**<br>   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>   ☐ **Active duty.**<br>   I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>   ☐ **Incapacity.**<br>   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>   ☐ **Disability.**<br>   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>   ☐ **Active duty.**<br>   I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  
Debtor 2  **Bobber, Michael John & Bobber, Katrina Jane**

Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
| --- | --- |

**16.** What kind of debts do you have?

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C.§ 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

☐ No.  I am not filing under Chapter 7. Go to line 18.

■ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

| | | |
| --- | --- | --- |
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.** How much do you estimate your assets to be worth?

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.** How much do you estimate your liabilities to be?

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Bobber, Michael John | /s/ Katrina Jane Bobber |
| --- | --- |
| Michael John Bobber | Katrina Jane Bobber |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on  **July  7, 2016** | Executed on  **July  7, 2016** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1
Debtor 2  **Bobber, Michael John & Bobber, Katrina Jane**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Harry Tucker**
Signature of Attorney for Debtor

Date  **July  7, 2016**
MM / DD / YYYY

**Harry Tucker**
Printed name

**Harry A. Tucker, Jr. Attorney At Law**
Firm name

**2478 Patterson Rd # 22**
**Grand Junction, CO 81505-3606**
Number, Street, City, State & ZIP Code

Contact phone  **(970) 245-8006**     Email address  **mesacocolo@msn.com**

**7397**
Bar number & State

---

Certificate Number: 15725-CO-CC-027643477



15725-CO-CC-027643477

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 22, 2016, at 3:59 o'clock PM EDT, Michael Bobber received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Colorado, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: June 22, 2016      By: /s/Alisha Parekh

Name: Alisha Parekh

Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 15725-CO-CC-027643479



15725-CO-CC-027643479

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 22, 2016, at 3:59 o'clock PM EDT, Katrina Bobber received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Colorado, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:    June 22, 2016                          By:      /s/Alisha Parekh

                                                Name:   Alisha Parekh

                                                Title:    Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael John Bobber** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **Katrina Jane Bobber** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                **4/16**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

■ Married
☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2      Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $14,531.58 | ■ Wages, commissions, bonuses, tips | $16,571.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1
Debtor 2   **Bobber, Michael John & Bobber, Katrina Jane**                    Case number (*if known*)

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2015 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $103,332.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2014 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $39,279.00 | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $48,431.00 |

**5.   Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | $0.00 | 2016 Child Support | $1,314.00 |
| **For last calendar year:**<br>**(January 1 to December 31, 2015 )** | | $0.00 | 2015 Child Support | $2,628.00 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2014 )** | | $0.00 | 2014 Child Support | $2,628.00 |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
☐ No.   Go to line 7.
☐ Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

■ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.
■ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2    **Bobber, Michael John & Bobber, Katrina Jane**                   Case number *(if known)* _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Guild Mortgage**<br>**5898 Copley Dr**<br>**San Diego, CA 92111-7916** | 5/31/2016 | $1,186.66 | $173,545.72 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Guild Mortgage**<br>**5898 Copley Dr**<br>**San Diego, CA 92111-7916** | 4/30/2016 | $1,186.66 | $0.00 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Guild Mortgage**<br>**5898 Copley Dr**<br>**San Diego, CA 92111-7916** | 6/30/2016 | $1,186.66 | $0.00 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Coloramo Federal Credit Union**<br>**516 28 Rd**<br>**Grand Junction, CO 81501** | 6/30/2016 | $570.00 | $14,155.39 | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Coloramo Federal Credit Union**<br>**516 28 Rd**<br>**Grand Junction, CO 81501** | 5/31/2016 | $570.00 | $0.00 | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Coloramo Federal Credit Union**<br>**516 28 Rd**<br>**Grand Junction, CO 81501** | 4/30/2016 | $570.00 | $0.00 | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Capital One Retail**<br>**Services/Yamaha**<br>**PO Box 30253**<br>**Salt Lake City, UT 84130** | May 11, 2016 | $314.00 | $8,565.26 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2  **Bobber, Michael John & Bobber, Katrina Jane**                    Case number *(if known)*

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Capital One Retail Services/Yamaha** PO Box 30253 Salt Lake City, UT 84130 | 4/11/2016 | $314.00 | $0.00 | ☐ Mortgage ☐ Car ☑ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **A 1 COLLECTION AGENCY LLC vs. Unknown Defendant C0392013C004313** | **Judgment** | **MESA COUNTY COURT** | ☐ Pending ☐ On appeal ☐ Concluded<br><br>**Satisfied - $460.00** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ☑ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor 1
Debtor 2    **Bobber, Michael John & Bobber, Katrina Jane**              Case number *(if known)* _____

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

---

**Part 5:**    **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

---

**Part 6:**    **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 7:**    **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Harry A. Tucker, Jr. Attorney At Law<br>2478 Patterson Rd # 22<br>Grand Junction, CO 81505-3606** | **bankruptcy preparation, Filing and represent at 341** | 6/22/2016 | $1,300.00 |
| **001 Debtorcc Inc** | **Pre Bankruptcy Course** | 6/22/2016 | $14.95 |

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2  **Bobber, Michael John & Bobber, Katrina Jane**                    Case number (*if known*) _____

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property<br>transferred | Date payment or<br>transfer was<br>made | Amount of<br>payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of<br>property transferred | Describe any property or<br>payments received or debts<br>paid in exchange | Date transfer was<br>made |
|---|---|---|---|
| **Craig's List Buyer** | **2005 Maui Utility Trailer** | **Sold for $500** | **Feb 6, 2016** |
| **none** | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was<br>made |
|---|---|---|

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP<br>Code) | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance before<br>closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State<br>and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access<br>to it?<br>Address (Number, Street, City, State<br>and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2   **Bobber, Michael John & Bobber, Katrina Jane**

Case number *(if known)* _____

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2    **Bobber, Michael John & Bobber, Katrina Jane**                        Case number *(if known)* _____

☐    No. None of the above applies.  Go to Part 12.

■    Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Grass Roots Landscaping**<br>**2841 Monroe Ln # B**<br>**Grand Junction, CO 81504** | **landscaping and lawn care**<br><br>**Michael John Bobber, Jr.** | EIN:   **45-2507750**<br><br>From-To  **5/2011 to 11/201`3** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■    **No**

☐    **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are
true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a
bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Bobber, Michael John _____          /s/ Katrina Jane Bobber _____
**Michael John Bobber**                                                  **Katrina Jane Bobber**
**Signature of Debtor 1**                                              **Signature of Debtor 2**

Date    **July  7, 2016** _____          Date    **July  7, 2016** _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Michael John Bobber** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Katrina Jane Bobber** |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ■ Yes.  Where is the property?

| 1.1 | | | |
|---|---|---|---|
| **2841 Monroe Ln # B** | | | |
| Street address, if available, or other description | | | |

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Grand Junction** | **CO** | **81503** |
|---|---|---|
| City | State | ZIP Code |

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$166,470.00** | **$166,470.00** |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenancy in Common**

| **Mesa** | |
|---|---|
| County | |

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**personal residence**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................=>**

| **$166,470.00** |
|---|

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1
Debtor 2     **Bobber, Michael John & Bobber, Katrina Jane**

Case number *(if known)*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| | | |
|---|---|---|
| 3.1 | Make: **Chevrolet** | |
| | Model: **Tahoe** | |
| | Year: **2004** | |
| | Approximate mileage: **180006** | |
| | Other information: | |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$2,207.00**
Current value of the portion you own? **$2,207.00**

| | | |
|---|---|---|
| 3.2 | Make: **GMC** | |
| | Model: **Sierra 2500HD** | |
| | Year: **2008** | |
| | Approximate mileage: **195000** | |
| | Other information: | |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$8,228.00**
Current value of the portion you own? **$8,228.00**

| | | |
|---|---|---|
| 3.3 | Make: **Yamaha** | |
| | Model: **Zuma 125** | |
| | Year: **2014** | |
| | Approximate mileage: **3200** | |
| | Other information: **motor scooter** | |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$2,433.00**
Current value of the portion you own? **$2,433.00**

| | | |
|---|---|---|
| 3.4 | Make: **Can Am** | |
| | Model: **Renegade** | |
| | Year: **2015** | |
| | Approximate mileage: **1200** | |
| | Other information: | |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$8,135.00**
Current value of the portion you own? **$8,135.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**...........................................................=>

**$21,003.00**

**Part 3:**  Describe Your Personal and  Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

| Debtor 1 | | |
| Debtor 2 | **Bobber, Michael John & Bobber, Katrina Jane** | Case number *(if known)* _____ |

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes.  Describe.....

> 2 couches, 1 ottoman, 1 fish tank , 1 entertainment center, 8 lamps, 1 dining table with 6 chairs, 1 refrigerator, 1 range/oven, 1 washer and 1 dryer, misc small kitchen appliances and housewares, 1 king bed, 3 twin beds, 1 set of bunk beds, 4 dressers, 5 nightstands, 1 vanity, 3 bookshelves, 1 gas BBQ grill, 1 lawn mower, 1 weed eater, misc hand tools

$1,000.00

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
■ Yes.  Describe.....

> 4 TV's, 1 sound surround sound system, 2 dvd players, 1 x-box, 4 cell phones, 1 laptop computer, 1 printer, 1 wireless router

$1,000.00

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collectibles, memorabilia, collectibles

■ No
☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
■ Yes.  Describe.....

> 5 bicycles, misc balls, 4 kick scooters,

$250.00

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes.  Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes.  Describe.....

> misc clothes for debtor and family

$400.00

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes.  Describe.....

> 1 woman's wedding set, 1 pair diamong earrings, 1 man's wedding band, 1 man's ring, 1 fit bit

$2,500.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
■ Yes.  Describe.....

> 4 pet dogs, 2 guinea pigs, 2 bearded dragons, 5 fish

$0.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

| Debtor 1 | | | |
|---|---|---|---|
| Debtor 2 | **Bobber, Michael John & Bobber, Katrina Jane** | Case number *(if known)* | |

☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ....................................................................................

| $5,150.00 |
|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes..........................................................................................................

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes......................                          Institution name:

| 17.1. | **Checking Account** | 1 joint checking account Coloramo FCU | $631.61 |
|---|---|---|---|
| 17.2. | **Checking Account** | joint checking account Coloramo FCU | $365.67 |
| 17.3. | **Savings Account** | joint savings account Coloramo FCU | $25.00 |
| 17.4. | **Savings Account** | joint savings account Coloramo FCU | $25.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................                          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ■ No
   ☐ Yes.  Give specific information about them...................
                          Name of entity:                          % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                          Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **State Farm simple IRA** | $4,886.97 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2    **Bobber, Michael John & Bobber, Katrina Jane**                    Case number *(if known)* _____

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ...................                    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......
    _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes.  Give specific information..

| child support | $219.00 |
|---|---|

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
             Company name:                            Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No

Official Form 106A/B                    Schedule A/B: Property                                    page 5

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor 1 | | Case number *(if known)* |
|---|---|---|
| Debtor 2 | **Bobber, Michael John & Bobber, Katrina Jane** | |

☐ **Yes.** Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ **Yes.** Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ **Yes.** Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ **Yes.** Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

| | **$6,153.25** |
|---|---|

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.** List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ **Yes.** Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

| | **$0.00** |
|---|---|

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55.  **Part 1: Total real estate, line 2** ....................................................................................

| | **$166,470.00** |
|---|---|

| 56. | **Part 2: Total vehicles, line 5** | **$21,003.00** | | |
|---|---|---|---|---|
| 57. | **Part 3: Total personal and household items, line 15** | **$5,150.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | **$6,153.25** | | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$32,306.25** | Copy personal property total | **$32,306.25** |

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62

| | **$198,776.25** |
|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael John Bobber** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| **Chevrolet**<br>**Tahoe**<br>**2004**<br>**180006**<br>Line from *Schedule A/B* **3.1** | **$2,207.00** | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §**<br>**13-54-102(1)(j)(l)** |
| **2 couches, 1 ottoman, 1 fish tank , 1 entertainment center, 8 lamps, 1 dining table with 6 chairs, 1 refrigerator, 1 range/oven, 1 washer and 1 dryer, misc small kitchen appliances and housewares, 1 king bed, 3 twin beds, 1 set of bunk beds, 4 dressers, 5**<br>Line from *Schedule A/B* **6.1** | **$1,000.00** | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §**<br>**13-54-102(1)(e)** |
| **4 TV's, 1 sound surround sound system, 2 dvd players, 1 x-box, 4 cell phones, 1 laptop computer, 1 printer, 1 wireless router**<br>Line from *Schedule A/B* **7.1** | **$1,000.00** | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §**<br>**13-54-102(1)(e)** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **5 bicycles, misc balls, 4 kick scooters,**<br>Line from *Schedule A/B* **9.1** | $250.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(j)(I)** |
| **misc clothes for debtor and family**<br>Line from *Schedule A/B* **11.1** | $400.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(a)** |
| **1 woman's wedding set, 1 pair diamong earrings, 1 man's wedding band, 1 man's ring, 1 fit bit**<br>Line from *Schedule A/B* **12.1** | $2,500.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(b)** |
| **State Farm simple IRA**<br>Line from *Schedule A/B* **21.1** | $4,886.97 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(s)** |
| **child support**<br>Line from *Schedule A/B* **30.1** | $219.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(u)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

**Fill in this information to identify your case:**

Debtor 1 _____
First Name          Middle Name          Last Name

Debtor 2 **Katrina Jane Bobber**
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   DISTRICT OF COLORADO, DENVER DIVISION

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                  4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Debtor 2 Exemptions** | | | |
| Brief description: | | ☐ _____ | |
| Line from *Schedule A/B*: _____ | | ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Michael John Bobber** |
| | First Name           Middle Name           Last Name |
| Debtor 2 | **Katrina Jane Bobber** |
| (Spouse if, filing) | First Name           Middle Name           Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List All Secured Claims**

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name. | | | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |

**2.1** | **Capital One Retail Services/bmbdr**
Creditor's Name

26525 N Riverwoods Blvd
Mettawa, IL 60045-3440
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

| 2015 Can Am Renegade |
|---|

**$7,501.00** | **$8,135.00** | **$0.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **2015-05**        Last 4 digits of account number   **9348**

---

**2.2** | **Capital One/yamaha**
Creditor's Name

PO Box 30253
Salt Lake City, UT 84130-0253
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

| 2014 Yamaha Zuma 125 motor scooter |
|---|

**$8,565.00** | **$2,433.00** | **$6,132.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **2010-05**        Last 4 digits of account number   **9701**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1  **Michael John Bobber**

First Name          Middle Name          Last Name

Debtor 2  **Katrina Jane Bobber**

First Name          Middle Name          Last Name

Case number (if know) _____

---

| 2.3 | **Coloramo Federal Credit Union** | | | | |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:          $14,155.00          $8,228.00          $5,927.00

**516 28 Rd**
**Grand Junction, CO**
**81501**

| **2008 GMC Sierra 2500HD** |
|---|

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2011-08**          Last 4 digits of account number    **0005**

---

| 2.4 | **Guild Mortgage Company** | | | | |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:          $173,878.00          $166,470.00          $7,408.00

**PO Box 85304**
**San Diego, CA**
**92186-5304**

| **2841 Monroe Ln # B, Grand Junction, CO 81503 personal residence** |
|---|

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2010-09**          Last 4 digits of account number    **0173**

---

Add the dollar value of your entries in Column A on this page. Write that number here:          | **$204,099.00** |

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:          | **$204,099.00** |

---

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code

**Capital One Retail Services / bmbdr**
**PO Box 30257**
**Salt Lake City, UT 84130-0257**

On which line in Part 1 did you enter the creditor?    **2.1**

Last 4 digits of account number    **9348**

---

Debtor 1  **Michael John Bobber**
First Name                    Middle Name                    Last Name
Debtor 2  **Katrina Jane Bobber**
First Name                    Middle Name                    Last Name

Case number (if know) _____

☐ Name, Number, Street, City, State & Zip Code
**Capital One/Bankruptcy**
**PO Box 30281**
**Salt Lake City, UT 84130**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number   **9701**

☐ Name, Number, Street, City, State & Zip Code
**Capital One/Bankruptcy**
**PO Box 30253**
**Salt Lake City, UT 84130**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number   **9701**

☐ Name, Number, Street, City, State & Zip Code
**Capital One/Bankruptcy Dept**
**PO Box 30285**
**Salt Lake City, UT 84130**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number   **9701**

☐ Name, Number, Street, City, State & Zip Code
**Capital One/Bankruptcy Dept.**
**PO Box 85167**
**Richmond, VA 23285**

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number   **9348**

☐ Name, Number, Street, City, State & Zip Code
**Guild Mortgage Company**
**5898 Copley Dr**
**San Diego, CA 92111-7916**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number   **0173**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael John Bobber** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Katrina Jane Bobber** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.

    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | **Barbara Bobber** | Last 4 digits of account number _____ | $27.00 | $27.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name

When was the debt incurred?    _____

**2930 N 14th St**
**Grand Junction, CO 81506-4039**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

■ Domestic support obligations

**Check if this claim is for a  community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify _____

☐ Yes

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1
Debtor 2   **Bobber, Michael John & Bobber, Katrina Jane**

Case number (if know) _____

| 4.1 | **A-1 Collection Agency** | Last 4 digits of account number | **unts** | **$6,629.18** |

Nonpriority Creditor's Name

When was the debt incurred?   **10/26/2015**

**715 Horizon Dr**
**Grand Junction, CO 81506-8700**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 | **Amex** | Last 4 digits of account number | **1543** | **$857.00** |

Nonpriority Creditor's Name
**Correspondence**
**PO Box 981540**
**El Paso, TX 79998-1540**
Number Street City State Zip Code

When was the debt incurred?   **2012-05**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 | **Cap1/bstby** | Last 4 digits of account number | **6254** | **$750.00** |

Nonpriority Creditor's Name
**Capital**
**1 Retail Services**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred?   **2007-12**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1
Debtor 2   **Bobber, Michael John & Bobber, Katrina Jane**          Case number (if know) _____

| 4.4 | **Capital One** | Last 4 digits of account number | **5608** | $3,816.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?   **2007-06**

**PO Box 30285**
**Salt Lake City, UT 84130-0285**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.5 | **Capital One** | Last 4 digits of account number | **5763** | $1,504.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?   **2008-06**

**PO Box 30285**
**Salt Lake City, UT 84130-0285**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.6 | **Capital One** | Last 4 digits of account number | **3847** | $372.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?   **2010-12**

**PO Box 30285**
**Salt Lake City, UT 84130-0285**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1
Debtor 2    **Bobber, Michael John & Bobber, Katrina Jane**                    Case number (if know) _____

---

| 4.7 | **Chase** | Last 4 digits of account number | **7749** | **$2,143.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Correspondence Dept**
**PO Box 15298**
**Wilmington, DE 19850-5298**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2008-02**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.8 | **Chase Card Services** | Last 4 digits of account number | **0022** | **$709.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Correspondence Dept**
**PO Box 15298**
**Wilmington, DE 19850-5298**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2007-09**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 | **Citibank/the Home Depot** | Last 4 digits of account number | **9335** | **$764.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Citicorp Credit Srvs/Centralized**
**Bankrup**
**PO Box 790040**
**Saint Louis, MO 63179-0040**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2008-07**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2  **Bobber, Michael John & Bobber, Katrina Jane**

Case number (if know) _____

---

| 4.10 | **Citimortgage Inc** | Last 4 digits of account number | **5800** | $1.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 6423**
**Sioux Falls, SD 57117**

When was the debt incurred?   **2008-07**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  _____

---

| 4.11 | **Coloramo Federal Cr Un** | Last 4 digits of account number | **0001** | $1.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**516 28th Rd**
**Grand Junction, CO 81501**

When was the debt incurred?   **2008-10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  _____

---

| 4.12 | **Coloramo Federal Cr Un** | Last 4 digits of account number | **0004** | $1.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**516 28th Rd**
**Grand Junction, CO 81501**

When was the debt incurred?   **2010-04**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  _____

---

Debtor 1
Debtor 2 **Bobber, Michael John & Bobber, Katrina Jane**

Case number (if know) _____

---

| 4.13 | **Coloramo Federal Cr Un** | Last 4 digits of account number | **0001** | **$1.00** |

Nonpriority Creditor's Name

**516 28th Rd**
**Grand Junction, CO 81501**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2008-12**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.14 | **Community Hospita** | Last 4 digits of account number | | **unknown** |

Nonpriority Creditor's Name

**PO Box 1687**
**Grand Junction, CO 81502-1687**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.15 | **Kay Jewelers/Sterling Jewelers Inc.** | Last 4 digits of account number | **5996** | **$1,792.00** |

Nonpriority Creditor's Name
**Sterling Jewelers**
**PO Box 1799**
**Akron, OH 44309-1799**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2013-04**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1
Debtor 2  **Bobber, Michael John & Bobber, Katrina Jane**

Case number (if know) _____

| 4.16 | **Mesa County Health Department** | Last 4 digits of account number _____ | **$75.00** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?   **10/31/2013**

**510 29 1/2 Rd.**
**Grand Junction, CO 81504**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.17 | **Premier  Collections** | Last 4 digits of account number _____ | **$363.73** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?

**300 Main St # 103**
**Grand Junction, CO 81501**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.18 | **Synchrony Bank/ Hh Gregg** | Last 4 digits of account number   **6581** | **$1.00** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?   **2011-12-14**

**PO Box 965064**
**Orlando, FL 32896-5064**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1
Debtor 2 **Bobber, Michael John & Bobber, Katrina Jane**                          Case number (if know) _____

| | | |
|---|---|---|
| **4.19** | **Synchrony Bank/Care Credit** | Last 4 digits of account number  **6563**  $4,160.00 |

Nonpriority Creditor's Name

**PO Box 965064**
**Orlando, FL 32896-5064**
Number Street City State Zip Code

**When was the debt incurred?**  **2016-02**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| | | |
|---|---|---|
| **4.20** | **Synchrony Bank/Care Credit** | Last 4 digits of account number  **3107**  $2,942.00 |

Nonpriority Creditor's Name

**PO Box 965064**
**Orlando, FL 32896-5064**
Number Street City State Zip Code

**When was the debt incurred?**  **2010-11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| | | |
|---|---|---|
| **4.21** | **Synchrony Bank/Lowes** | Last 4 digits of account number  **7456**  $226.00 |

Nonpriority Creditor's Name

**PO Box 965064**
**Orlando, FL 32896-5064**
Number Street City State Zip Code

**When was the debt incurred?**  **2011-06**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1
Debtor 2   **Bobber, Michael John & Bobber, Katrina Jane**                    Case number (if know) _____

---

| 4.22 | **Synchrony Bank/Walmart** | Last 4 digits of account number | **8895** | | **$3,221.00** |

Nonpriority Creditor's Name

**PO Box 965064**
**Orlando, FL 32896-5064**

When was the debt incurred?   **2012-11-29**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed
**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.23 | **University of Phoenix** | Last 4 digits of account number | **9528** | | **$4,786.00** |

Nonpriority Creditor's Name

**1625 W Fountainhead Pkwy**
**Tempe, AZ 85282-2371**

When was the debt incurred?   **2011-02**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

□ Debtor 1 only
■ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed
**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.24 | **US Dept Ed** | Last 4 digits of account number | **6731** | | **$6,575.00** |

Nonpriority Creditor's Name

**PO Box 1030**
**Coraopolis, PA 15108-6030**

When was the debt incurred?   **2011-04**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

□ Debtor 1 only
■ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed
**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1
Debtor 2  **Bobber, Michael John & Bobber, Katrina Jane**

Case number (if know) _____

| | | | |
|---|---|---|---|
| 4.25 | **US Dept Ed**<br>Nonpriority Creditor's Name | Last 4 digits of account number   **7282** | **$3,198.00** |

When was the debt incurred?   **2011-04**

**PO Box 1030**
**Coraopolis, PA 15108-6030**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| | | | |
|---|---|---|---|
| 4.26 | **US Dept Ed**<br>Nonpriority Creditor's Name | Last 4 digits of account number   **7280** | **$1,990.00** |

When was the debt incurred?   **2011-12**

**PO Box 1030**
**Coraopolis, PA 15108-6030**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| | | | |
|---|---|---|---|
| 4.27 | **US Dept Ed**<br>Nonpriority Creditor's Name | Last 4 digits of account number   **6728** | **$500.00** |

When was the debt incurred?   **2011-12**

**PO Box 1030**
**Coraopolis, PA 15108-6030**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1
Debtor 2    **Bobber, Michael John & Bobber, Katrina Jane**                    Case number (if know) _____

---

| 4.28 | **US Dept of Ed/Great Lakes Educational Lo** | Last 4 digits of account number | 8581 | $1.00 |

Nonpriority Creditor's Name

When was the debt incurred?    2011-04-25

**2401 International Ln**
**Madison, WI 53704-3121**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.29 | **Wells Fargo Dealer Services** | Last 4 digits of account number | 0045 | $1.00 |

Nonpriority Creditor's Name

When was the debt incurred?    2007-12

**PO Box 3569**
**Rancho Cucamonga, CA**
**91729-3569**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.30 | **Wells Fargo Dealer Services** | Last 4 digits of account number | 9445 | $1.00 |

Nonpriority Creditor's Name

When was the debt incurred?    2009-08

**PO Box 3569**
**Rancho Cucamonga, CA**
**91729-3569**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2   **Bobber, Michael John & Bobber, Katrina Jane**          Case number (if know)

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| | |
|---|---|
| Name and Address<br>**A1 Collectns**<br>**PO Box 1929**<br>**Grand Junction, CO 81502-1929** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **unts** |
| Name and Address<br>**Amex**<br>**PO Box 297871**<br>**Fort Lauderdale, FL 33329-7871** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.2** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **1543** |
| Name and Address<br>**Cap1/bstby**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117-6497** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **6254** |
| Name and Address<br>**Capital One Bank USA N**<br>**15000 Capital One Dr**<br>**Richmond, VA 23238-1119** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **5608** |
| Name and Address<br>**Capital One Bank USA N**<br>**15000 Capital One Dr**<br>**Richmond, VA 23238-1119** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **5763** |
| Name and Address<br>**Capital One Bank USA N**<br>**15000 Capital One Dr**<br>**Richmond, VA 23238-1119** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.6** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **3847** |
| Name and Address<br>**Chase Card**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **7749** |
| Name and Address<br>**Chase/Best Buy**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **0022** |
| Name and Address<br>**Citimortgage Inc**<br>**PO Box 9438**<br>**Gaithersburg, MD 20898-9438** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **5800** |
| Name and Address<br>**Community Hospital**<br>**2021 N 12th St**<br>**Grand Junction, CO 82501-2980** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **unts** |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2   **Bobber, Michael John & Bobber, Katrina Jane**

Case number (if know) _____

| | |
|---|---|
| **Diagnostic Radiology Assoc**<br>PO Box 2131<br>**Grand Junction, CO 81502** | Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

**unts**

| | |
|---|---|
| Name and Address<br>**Diagnostic Radiology Associates, PC**<br>2021 N. 12th Street<br>**Grand Junction, CO 81501** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

**unts**

| | |
|---|---|
| Name and Address<br>**Kay Jewelers**<br>375 Ghent Rd<br>**Fairlawn, OH 44333-4601** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

**5996**

| | |
|---|---|
| Name and Address<br>**Mesa County Health Department Clinic Billing**<br>PO Box 20,000<br>**Grand Junction, CO 81502-500** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Primary Care Partners**<br>PO Box 10700<br>**Grand Junction, CO 81502** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Primary Care Partners**<br>3150 N. 12th St.<br>**Family Physicians Of Western Colorado**<br>**Grand Junction, CO 81506** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Syncb/Care Credit**<br>950 Forrer Blvd<br>**Kettering, OH 45420-1469** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

**6563**

| | |
|---|---|
| Name and Address<br>**Syncb/Care Credit**<br>950 Forrer Blvd<br>**Kettering, OH 45420-1469** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.20** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

**3107**

| | |
|---|---|
| Name and Address<br>**Syncb/Discount Tire**<br>C/o<br>PO Box 965036<br>**Orlando, FL 32896-5036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

**6581**

| | |
|---|---|
| Name and Address<br>**Syncb/Walmart**<br>PO Box 965024<br>**Orlando, FL 32896-5024** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

**8895**

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2  **Bobber, Michael John & Bobber, Katrina Jane**

Case number (if know) _____

| | | |
|---|---|---|
| **Synchrony Bank / Bankruptcy Dept**<br>**PO Box 965060**<br>**Orlando, FL 32896-5060** | Line **4.19** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **6563** |

| | | |
|---|---|---|
| Name and Address<br>**Synchrony Bank / Lowes**<br>**PO Box 965005**<br>**Orlando, FL 32896-5005** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.21** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **7456** |

| | | |
|---|---|---|
| Name and Address<br>**Synchrony Bank/Care Credit**<br>**C/O PO Box 965036**<br>**Orlando, FL 32896-5036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **6563** |

| | | |
|---|---|---|
| Name and Address<br>**Thd/Cbna**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117-6497** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.9** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **9335** |

| | | |
|---|---|---|
| Name and Address<br>**U S Dept of Ed/Gsl/Atl**<br>**PO Box 4222**<br>**Iowa City, IA 52244-4222** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.24** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **6731** |

| | | |
|---|---|---|
| Name and Address<br>**U S Dept of Ed/Gsl/Atl**<br>**PO Box 4222**<br>**Iowa City, IA 52244-4222** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.25** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **7282** |

| | | |
|---|---|---|
| Name and Address<br>**U S Dept of Ed/Gsl/Atl**<br>**PO Box 4222**<br>**Iowa City, IA 52244-4222** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.26** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **7280** |

| | | |
|---|---|---|
| Name and Address<br>**U S Dept of Ed/Gsl/Atl**<br>**PO Box 4222**<br>**Iowa City, IA 52244-4222** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.27** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **6728** |

| | | |
|---|---|---|
| Name and Address<br>**University of Phoenix**<br>**4615 E Elwood St Fl 3**<br>**Phoenix, AZ 85040-1958** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.23** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **9528** |

| | | |
|---|---|---|
| Name and Address<br>**US Dept of Ed/Glelsi**<br>**PO Box 7860**<br>**Madison, WI 53707-7860** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.28** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **8581** |

| | | |
|---|---|---|
| Name and Address<br>**Western Orthopedics & Sports**<br>**Medicine PC**<br>**2020 N. 12th St**<br>**Grand Junction, CO 81501** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.1** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **unts** |

Name and Address                                                                     On which entry in Part 1 or Part 2 did you list the original creditor?

Debtor 1
Debtor 2   **Bobber, Michael John & Bobber, Katrina Jane**

Case number (if know) _____

| | | |
|---|---|---|
| **Wfds/wds**<br>PO Box 1697<br>Winterville, NC 28590-1697 | Line **4.29** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 0045 |

| | | |
|---|---|---|
| Name and Address<br>**Wfds/wds**<br>PO Box 1697<br>Winterville, NC 28590-1697 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.30** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 9445 |

**Part 4:**   Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 27.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. **Total Priority.** Add lines 6a through 6d. | 6e. | $ 27.00 |

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 47,380.91 |
| | 6j. **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 47,380.91 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael John Bobber** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Katrina Jane Bobber** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION | | |
| Case number | _____ | | |
| (if known) | | | |

☐ Check if this is an
  amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1**<br>Name<br><br>Number   Street<br><br>City          State          ZIP Code | |
| **2.2**<br>Name<br><br>Number   Street<br><br>City          State          ZIP Code | |
| **2.3**<br>Name<br><br>Number   Street<br><br>City          State          ZIP Code | |
| **2.4**<br>Name<br><br>Number   Street<br><br>City          State          ZIP Code | |
| **2.5**<br>Name<br><br>Number   Street<br><br>City          State          ZIP Code | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael John Bobber** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Katrina Jane Bobber** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number          Street<br>_____<br>City                State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number          Street<br>_____<br>City                State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Michael John Bobber** |
| Debtor 2 (Spouse, if filing) | **Katrina Jane Bobber** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| | Occupation | **operations manager** | **Sales Representative** |
| | Employer's name | **Retriever Freight Services, LLC** | **Ryder Truck Rental, Inc.** |
| | Employer's address | **1338 13 Road Loma, CO 81524** | **11690 NW 105th St Miami, FL 33178-1103** |
| | How long employed there? | **10 years** | **7 months** |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ **4,091.72** | $ **2,979.59** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | 4. | $ **4,091.72** | $ **2,979.59** |

Debtor 1
Debtor 2   **Bobber, Michael John & Bobber, Katrina Jane**

Case number (*if known*) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** .................................................. | 4. | $ **4,091.72** | $ **2,979.59** |
| 5. | **List all payroll deductions:** | | | |
| | 5a.   **Tax, Medicare, and Social Security deductions** | 5a. | $ **1,112.70** | $ **468.53** |
| | 5b.   **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| | 5c.   **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| | 5d.   **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| | 5e.   **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| | 5f.   **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| | 5g.   **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| | 5h.   **Other deductions. Specify:** | 5h.+ | $ **0.00** + | $ **0.00** |
| 6. | **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **1,112.70** | $ **468.53** |
| 7. | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $ **2,979.02** | $ **2,511.06** |
| 8. | **List all other income regularly received:** | | | |
| | 8a.   **Net income from rental property and from operating a business, profession, or farm** | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| | 8b.   **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| | 8c.   **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| | 8d.   **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| | 8e.   **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| | 8f.   **Other government assistance that you regularly receive** | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ **0.00** | $ **0.00** |
| | 8g.   **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| | 8h.   **Other monthly income. Specify:** _____ | 8h.+ | $ **0.00** + | $ **0.00** |
| 9. | **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **0.00** | $ **0.00** |
| 10. | **Calculate monthly income.**  Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **2,979.02** + $ **2,511.06** = | $ **5,490.08** |

11.  **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                11.   +$ **0.00**

12.  **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12.   $ **5,490.08**

**Combined monthly income**

13.  **Do you expect an increase or decrease within the year after you file this form?**
■   No.
☐   Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Michael John Bobber** |
| Debtor 2 (Spouse, if filing) | **Katrina Jane Bobber** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

■ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent..............

Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 16 | ☐ No  ■ Yes |
| Son | 13 | ☐ No  ■ Yes |
| Daughter | 11 | ☐ No  ■ Yes |
| Daughter | 11 | ☐ No  ■ Yes |
| Son | 16 | ☐ No  ■ Yes |
| | | ☐ No  ■ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $ **1,187.00**

If not included in line 4:

4a.   Real estate taxes     4a. $ **0.00**

4b.   Property, homeowner's, or renter's insurance     4b. $ **0.00**

4c.   Home maintenance, repair, and upkeep expenses     4c. $ **25.00**

Debtor 1
Debtor 2    **Bobber, Michael John & Bobber, Katrina Jane**

Case number (if known) _____

| | | |
|---|---|---|
| 4d. | Homeowner's association or condominium dues | 4d. $ _____ **0.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ _____ **0.00** |

Debtor 1
Debtor 2   **Bobber, Michael John & Bobber, Katrina Jane**          Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. $ | 230.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ | 57.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 389.00 |
| 6d. | Other. Specify: **trash service** | 6d. $ | 33.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 800.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 30.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 150.00 |
| 10. | **Personal care products and services** | 10. $ | 150.00 |
| 11. | **Medical and dental expenses** | 11. $ | 80.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 220.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 80.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. $ | 0.00 |
| 15b. | Health insurance | 15b. $ | 208.00 |
| 15c. | Vehicle insurance | 15c. $ | 155.00 |
| 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. $ | 570.00 |
| 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| 17c. | Other. Specify: **student loans pmt** | 17c. $ | 300.00 |
| 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** Schedule I, Your Income **(Official Form 106I).** | 18. $ | 200.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** Schedule I: Your Income**.** | | |
| 20a. | Mortgages on other property | 20a. $ | 0.00 |
| 20b. | Real estate taxes | 20b. $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | |
| 22a. | Add lines 4 through 21. | $ | 4,864.00 |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | $ | 4,864.00 |
| 23. | **Calculate your monthly net income.** | | |
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | 5,490.08 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. -$ | 4,864.00 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. $ | 626.08 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
■ No.
☐ Yes.   Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael John Bobber** |
| | First Name ___ Middle Name ___ Last Name |
| Debtor 2 | **Katrina Jane Bobber** |
| (Spouse if, filing) | First Name ___ Middle Name ___ Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Bobber, Michael John** | X **/s/ Katrina Jane Bobber** |
|---|---|
| Michael John Bobber | Katrina Jane Bobber |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date **July 7, 2016** | Date **July 7, 2016** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael John Bobber** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Katrina Jane Bobber** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|

| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
|---|---|---|
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | $ 166,470.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................................... | $ 32,306.25 |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................. | $ 198,776.25 |

### Part 2:  Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|

| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
|---|---|---|
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 204,099.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $ 27.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 47,380.91 |
| | **Your total liabilities** | $ 251,506.91 |

### Part 3:  Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) | |
|---|---|---|
| | Copy your combined monthly income from line 12 of *Schedule I*............................................................ | $ 5,490.08 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*.................................................................. | $ 4,864.00 |

### Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1  **Bobber, Michael John & Bobber, Katrina**
Debtor 2  **Jane**

Case number *(if known)* _____

8. **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

| | |
|---|---|
| $ | 7,075.50 |

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 27.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 27.00 |

Official Form 106Sum    **Summary of Your Assets and Liabilities and Certain Statistical Information**    page 2 of 2

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**United States Bankruptcy Court**
**District of Colorado, Denver Division**

IN RE:                                                          Case No. _____

**Bobber, Michael John & Bobber, Katrina Jane** _____  Chapter **7** _____
<span style="padding-left:2em">Debtor(s)</span>

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **July  7, 2016** _____   Signature: ***/s/ Bobber, Michael John*** _____
<span style="padding-left:8em">**Bobber, Michael John**</span>                                      Debtor


Date: **July  7, 2016** _____   Signature: ***/s/ Katrina Jane Bobber*** _____
<span style="padding-left:8em">**Katrina Jane Bobber**</span>                                  Joint Debtor, if any

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
A-1 Collection Agency
715 Horizon Dr Ste 401
Grand Junction, CO  81506


A-1 Collection Agency
715 Horizon Dr
Grand Junction, CO  81506-8700


A-1 Collection Agency LLC
PO Box 1929
Grand Junction, CO  81502


A1 Collectns
PO Box 1929
Grand Junction, CO  81502-1929


Advantage Network Systems
215 Pitkin
Grand Junction, CO  81501


Advantage Network Systems
PO Box 1180 Advantage Group
Grand Junction, CO  81502


Amex
Correspondence
PO Box 981540
El Paso, TX  79998-1540
```

```
Amex
PO Box 297871
Fort Lauderdale, FL  33329-7871


AR Services LLC
PO Box 1927
Grand Junction, CO  81502


Aspen Collections
PO Box 5129
Spring Hill, FL  34611


Aspen National Collections
827 Rood Ave.
Grand Junction, CO  81501


Aspen National Collections
PO Box 1965
Grand Junction, CO  81502


Barbara Bobber
2930 N 14th St
Grand Junction, CO  81506-4039


BC Services
PO Box 1176
Longmont, CO  80502
```

BC Services
451 21st Ave
Longmont, CO  80501-1421


Cap1/bstby
Capital
1 Retail Services
Salt Lake City, UT  84130


Cap1/bstby
PO Box 6497
Sioux Falls, SD  57117-6497


Capital One
PO Box 30285
Salt Lake City, UT  84130-0285


Capital One Bank USA N
15000 Capital One Dr
Richmond, VA  23238-1119


Capital One Retail Services / bmbdr
PO Box 30257
Salt Lake City, UT  84130-0257


Capital One Retail Services/bmbdr
26525 N Riverwoods Blvd
Mettawa, IL  60045-3440

Capital One/Bankruptcy
PO Box 30253
Salt Lake City, UT  84130


Capital One/Bankruptcy
PO Box 30281
Salt Lake City, UT  84130


Capital One/Bankruptcy Dept
PO Box 30285
Salt Lake City, UT  84130


Capital One/Bankruptcy Dept.
PO Box 85167
Richmond, VA  23285


Capital One/yamaha
PO Box 30253
Salt Lake City, UT  84130-0253


Chase
Attn: Correspondence Dept
PO Box 15298
Wilmington, DE  19850-5298


Chase Card
PO Box 15298
Wilmington, DE  19850-5298

Chase Card Services
Attn: Correspondence Dept
PO Box 15298
Wilmington, DE  19850-5298


Chase/Best Buy
PO Box 15298
Wilmington, DE  19850-5298


Citibank/the Home Depot
Citicorp Credit Srvs/Centralized Bankrup
PO Box 790040
Saint Louis, MO  63179-0040


Citimortgage Inc
Attn: Bankruptcy
PO Box 6423
Sioux Falls, SD  57117


Citimortgage Inc
PO Box 9438
Gaithersburg, MD  20898-9438


Collection Reports
PO Box 1180
Grand Junction, CO  81502


Coloramo Federal Cr Un
516 28th Rd
Grand Junction, CO  81501

```
Coloramo Federal Credit Union
516 28 Rd
Grand Junction, CO  81501


Community Hospita
PO Box 1687
Grand Junction, CO  81502-1687


Community Hospital
2021 N 12th St
Grand Junction, CO  82501-2980


Diagnostic Radiology Assoc
PO Box 2131
Grand Junction, CO  81502


Diagnostic Radiology Associates, PC
2021 N. 12th Street
Grand Junction, CO  81501-0000


Guild Mortgage Company
5898 Copley Dr
San Diego, CA  92111-7916


Guild Mortgage Company
PO Box 85304
San Diego, CA  92186-5304
```

Kay Jewelers
375 Ghent Rd
Fairlawn, OH  44333-4601


Kay Jewelers/Sterling Jewelers Inc.
Sterling Jewelers
PO Box 1799
Akron, OH  44309-1799


Mesa County Health Department
510 29 1/2 Rd.
Grand Junction, CO  81504


Mesa County Health Department
Clinic Billing
PO Box 20,000
Grand Junction, CO  81502-500


Premier  Collections
300 Main St # 103
Grand Junction, CO  81501


Primary Care Partners
PO Box 10700
Grand Junction, CO  81502


Primary Care Partners
3150 N. 12th St.
Family Physicians Of Western Colorado
Grand Junction, CO  81506

Syncb/Care Credit
950 Forrer Blvd
Kettering, OH  45420-1469


Syncb/Discount Tire
C/o
PO Box 965036
Orlando, FL  32896-5036


Syncb/Walmart
PO Box 965024
Orlando, FL  32896-5024


Synchrony Bank / Bankruptcy Dept
PO Box 965060
Orlando, FL  32896-5060


Synchrony Bank / Lowes
PO Box 965005
Orlando, FL  32896-5005


Synchrony Bank/ Hh Gregg
PO Box 965064
Orlando, FL  32896-5064


Synchrony Bank/Care Credit
PO Box 965064
Orlando, FL  32896-5064

Synchrony Bank/Care Credit
C/O PO Box 965036
Orlando, FL  32896-5036


Synchrony Bank/Lowes
PO Box 965064
Orlando, FL  32896-5064


Synchrony Bank/Walmart
PO Box 965064
Orlando, FL  32896-5064


Thd/Cbna
PO Box 6497
Sioux Falls, SD  57117-6497


U S Dept of Ed/Gsl/Atl
PO Box 4222
Iowa City, IA  52244-4222


University of Phoenix
4615 E Elwood St Fl 3
Phoenix, AZ  85040-1958


University of Phoenix
1625 W Fountainhead Pkwy
Tempe, AZ  85282-2371

US Dept Ed
PO Box 1030
Coraopolis, PA  15108-6030


US Dept of Ed/Glelsi
PO Box 7860
Madison, WI  53707-7860


US Dept of Ed/Great Lakes Educational Lo
2401 International Ln
Madison, WI  53704-3121


Wells Fargo Dealer Services
PO Box 3569
Rancho Cucamonga, CA  91729-3569


Western Collections
PO Box 368
Grand Junction, CO  81502


Western Collections Inc.
27 N. Willerup
Montrose, CO  81401


Western Orthopedics & Sports Medicine PC
2020 N. 12th St
Grand Junction, CO  81501

```
Wfds/wds
PO Box 1697
Winterville, NC  28590-1697
```

Local Bankruptcy Form 1007-6.1

## United States Bankruptcy Court
## District of Colorado, Denver Division

In re   **Bobber, Michael John & Bobber, Katrina Jane** ,   Case No. _____

Debtor                                          Chapter   **7**

## STATEMENT UNDER PENALTY OF PERJURY
## CONCERNING PAYMENT ADVICES

I*, **Bobber, Michael John**_____ , state as follows:

I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

Check applicable boxes:

[ ] I was not employed during the period immediately preceding the filing of the above-referenced case,                 *(insert dates that you were not employed )*;

[ ] I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

[ ] I am self-employed and do not receive any evidence of payment from an employer;

[x ] Other (please provide explanation):  All pay advices received in the last 60 days are attached_____ .

I declare under penalty of perjury that the foregoing statement is true and correct

Dated:  **July  7, 2016**          By:   */s/ Bobber, Michael John*

                                   Signature of debtor

                                   **Bobber, Michael John**

                                   Printed name of debtor

                                   **2841 Monroe Ln**
                                   **# B**
                                   **Grand Junction, CO  81503**

                                   Home Address

                                   Telephone number   **(970) 683-8921**

                                   Facsimile number

                                   E-mail address

*A separate form must be signed for each debtor

**Local Bankruptcy Form 1007-6.1**

**United States Bankruptcy Court
District of Colorado, Denver Division**

In re   **Bobber, Michael John & Bobber, Katrina Jane**   ,   Case No. _____
            Debtor                                                     Chapter   **7**   _____

## STATEMENT UNDER PENALTY OF PERJURY
## CONCERNING PAYMENT ADVICES

I*,  **Bobber, Katrina Jane**            , state as follows:

I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

Check applicable boxes:

[  ] I was not employed during the period immediately preceding the filing of the above-referenced case,            *(insert dates that you were not employed )*;

[  ] I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

[  ] I am self-employed and do not receive any evidence of payment from an employer;

[x ] Other (please provide explanation):  All pay advices received in the last 60 days are attached_____.

I declare under penalty of perjury that the foregoing statement is true and correct

Dated:  **July  7, 2016**        By:   */s/ Katrina Jane Bobber*
                                              Signature of debtor
                                              **Katrina Jane Bobber**
                                              Printed name of debtor
                                              **2841 Monroe Ln
                                              # B
                                              Grand Junction, CO  81503**
                                              Home Address
                                              Telephone number   **(970) 260-7233**
                                              Facsimile number
                                              E-mail address

*A separate form must be signed for each debtor



```
          CO    FILE #        000000-000000
          PCSDHC 000181267
          PrsArea:  T781 Loc: 0907    CO: 0059
```

Ryder Truck Rental, Inc.
305-500-3058
11690 NW 105 St.
Miami, FL 33178

Taxable Marital Status: M

Federal: 02  Addt'l Tx
State:  00  Addt'l Tx
Local:

# Earnings  Statement

|  |  |
|---|---|
| Advice Date: | Page 001 of 001 |
| Advice Number: | 03/30/2016 |
| Batch Number: | 8126700035 |
|  | 000011812 |

**Katrina  Jane  Bobber**
**2841B  Monroe  Ln**
**Grand  Junction,   CO  81503**

| EARNINGS | RATE | UNITS/HRS | CURRENT | Y-T-D |
|---|---|---|---|---|
| Reg Pay | 16.50 | 39.40 | 650.10 | 7,047.15 |
| Overtime |  |  |  | 17.33 |
| Vacation |  |  |  | 396.00 |
| Sick Pay |  |  |  | 396.00 |
| HolPW NW |  |  |  | 396.00 |
| Floater |  |  |  | 132.00 |
| ONCALPAY |  |  | 75.00 | 150.00 |
| Totals: |  |  | 725.10 | 8,534.48 |

| FEDERAL | Taxable  Wages |  | 725.10 | 8,534.48 |
|---|---|---|---|---|

| TAXES |  |  | CURRENT | Y-T-D |
|---|---|---|---|---|
| W/H | Federal |  | 42.90 | 442.87 |
| Soc Sec | Federal |  | 44.96 | 529.14 |
| Medicare | Federal |  | 10.51 | 123.75 |
| W/H | Colorado |  | 32.00 | 219.00 |
| TOTAL TAXES |  |  | 130.37 | 1,314.76 |

| NET PAY: |  | 594.73 |
|---|---|---|

Employee  ID Number:  181267
Pay Period 03/17/2016  Thru 03/23/2016

Ryder  Truck  Rental,   Inc.
305-500-3058
11690  NW  105  St.
Miami,   FL  33178

|  |  |
|---|---|
| Advice   Number: | 8126700035 |
| Advice   Date: | 03/30/2016 |

THIS IS NOT A CHECK

| Deposited  to  Financial  Institution | Account  Number | Amount |
|---|---|---|
| COLORAMO      F | XXXXXXXXXXXXX2637 | 594.73 |





| CO    FILE # | 000000-000000 |
|---|---|
| PCSDHC  000181267 | |

PrsArea: T781 Loc: 0907   CO: 0059

## Earnings  Statement

Ryder Truck Rental, Inc.
305-500-3058
11690  NW 105 St.
Miami,  FL 33178

| | |
|---|---|
| | Page  001 of 001 |
| Advice Date: | 04/06/2016 |
| Advice Number: | 8126700036 |
| Batch Number: | 000011842 |

Taxable Marital Status: M

Federal: 02  Addt'l Tx
State: 00  Addt'l Tx
Local:

Katrina  Jane  Bobber
2841B  Monroe  Ln
Grand  Junction,   CO  81503

| EARNINGS | RATE | UNITS/HRS | CURRENT | Y-T-D |
|---|---|---|---|---|
| Reg Pay | 16.50 | 39.10 | 645.15 | 7,692.30 |
| Overtime | | | | 17.33 |
| Vacation | | | | 396.00 |
| Sick Pay | 16.50 | 2.00 | 33.00 | 429.00 |
| HolPW NW | | | | 396.00 |
| Floater | | | | 132.00 |
| ONCALPAY | | | 75.00 | 225.00 |
| Totals: | | | 753.15 | 9,287.63 |

| FEDERAL Taxable Wages | | 753.15 | 9,287.63 |
|---|---|---|---|

| TAXES | | CURRENT | Y-T-D |
|---|---|---|---|
| W/H | Federal | 47.11 | 489.98 |
| Soc Sec | Federal | 46.69 | 575.83 |
| Medicare | Federal | 10.92 | 134.67 |
| W/H | Colorado | 33.00 | 252.00 |
| TOTAL TAXES | | 137.72 | 1,452.48 |

| NET PAY: | | 615.43 |
|---|---|---|

Employee ID Number: 181267
Pay Period 03/24/2016 Thru 03/30/2016

---

Ryder Truck Rental, Inc.
305-500-3058
11690  NW 105  St.
Miami,  FL 33178

| Advice  Number: | 8126700036 |
|---|---|
| Advice  Date: | 04/06/2016 |

THIS IS NOT A CHECK

## Deposited to Financial Institution

| | | Account Number | | Amount |
|---|---|---|---|---|
| COLORAMO | F | | XXXXXXXXXXXXX2637 | 615.43 |



CO        FILE #        000000-000000
PCSDHC  000181267

PrsArea:  T781  Loc: 0907    CO: 0059

Ryder Truck Rental, Inc.
305-500-3058
11690 NW 105 St.
Miami, FL 33178

Taxable Marital Status: M

Federal: 02  Addt'l Tx
State: 00   Addt'l Tx
Local:

# Earnings    Statement

|  | |
|---|---|
| | Page  001 of 001 |
| Advice Date: | 04/13/2016 |
| Advice Number: | 8126700037 |
| Batch Number: | 000011858 |

**Katrina   Jane  Bobber**
**2841B   Monroe   Ln**
**Grand   Junction,    CO  81503**

| EARNINGS | RATE | UNITS/HRS | CURRENT | Y-T-D |
|---|---|---|---|---|
| Reg Pay | 16.50 | 34.40 | 567.60 | 8,259.90 |
| Overtime | | | | 17.33 |
| Vacation | 16.50 | 8.00 | 132.00 | 528.00 |
| Sick Pay | | | | 429.00 |
| HolPW NW | | | | 396.00 |
| Floater | | | | 132.00 |
| ONCALPAY | | | 75.00 | 300.00 |
| Totals: | | | 774.60 | 10,062.23 |

| FEDERAL  Taxable  Wages | | | 774.60 | 10,062.23 |
|---|---|---|---|---|

| TAXES | | | CURRENT | Y-T-D |
|---|---|---|---|---|
| W/H | Federal | | 50.32 | 540.30 |
| Soc Sec | Federal | | 48.03 | 623.86 |
| Medicare | Federal | | 11.23 | 145.90 |
| W/H | Colorado | | 34.00 | 286.00 |
| TOTAL TAXES | | | 143.58 | 1,596.06 |

| NET PAY: | 631.02 |
|---|---|

Employee ID Number: 181267
Pay Period 03/31/2016 Thru 04/06/2016



Ryder Truck Rental, Inc.
305-500-3058
11690 NW 105 St.
Miami, FL 33178

| Advice   Number: | 8126700037 |
|---|---|
| Advice   Date: | 04/13/2016 |

| Deposited to Financial Institution | Account Number | Amount |
|---|---|---|
| COLORAMO        F | XXXXXXXXXXXXXX2637 | 631.02 |



```
            CO      FILE #         000000-000000
      PCSDHC  000181267

      PrsArea:   T781  Loc: C907     CO: 0059

      Ryder  Truck  Rental,  Inc.
      305-500-3058
      11690  NW  105  St.
      Miami,  FL 33178
```

# Earnings  Statement

```
                                  Page  001 of 001
Advice Date:         04/20/2016
Advice Number:       8126700038
Batch Number:        000011884
```

```
      Taxable Marital Status: M

      Federal:  02  Addt'l Tx
      State:  00  Addt'l Tx
      Local:
```

**Katrina  Jane  Bobber**
**2841B  Monroe  Ln**
**Grand  Junction,   CO  81503**

| EARNINGS | RATE | UNITS/HRS | CURRENT | Y-T-D |
|---|---|---|---|---|
| Reg Pay | 16.50 | 39.70 | 655.05 | 8,914.95 |
| Overtime | | | | 17.33 |
| Vacation | | | | 528.00 |
| Sick Pay | | | | 429.00 |
| HolFW NW | | | | 396.00 |
| Floater | | | | 132.00 |
| ONCALPAY | | | 75.00 | 375.00 |
| Totals: | | | 730.05 | 10,792.28 |

| | | | | |
|---|---|---|---|---|
| FEDERAL Taxable Wages | | | 730.05 | 10,792.28 |

| TAXES | | | CURRENT | Y-T-D |
|---|---|---|---|---|
| W/H | Federal | | 43.64 | 583.94 |
| Soc Sec | Federal | | 45.26 | 669.12 |
| Medicare | Federal | | 10.59 | 156.49 |
| W/H | Colorado | | 19.00 | 305.00 |
| TOTAL TAXES | | | 118.49 | 1,714.55 |

| | | | | |
|---|---|---|---|---|
| NET PAY: | | | 611.56 | |

```
Employee ID Number: 181267
Pay Period 04/07/2016 Thru 04/13/2016
```

© ...................



```
      Ryder  Truck  Rental,   Inc.
      305-500-3058
      11690  NW  105  St.
      Miami,   FL  33178
```

Advice  Number:    8126700038

Advice  Date:      04/20/2016

**Deposited  to  Financial  Institution**

**Account  Number**

**Amount**

COLORAMO     F

XXXXXXXXXXXXX2637

611.56

THIS IS NOT A CHECK

✓



CO     FILE #          000000-000000
PCSDHC 000181267

PrsArea: T781 Loc: 0907    CO: 0059

Ryder Truck Rental, Inc.
305-500-3058
11690 NW 105 St.
Miami, FL 33178

## Earnings   Statement

Advice Date:         04/27/2016          Page 001 of 001
Advice Number:       8126700039
Batch Number:        000011900

Taxable Marital Status: M

Federal: 02  Addt'l Tx
State: 00  Addt'l Tx
Local:

Katrina Jane Bobber
2841B Monroe Ln
Grand Junction, CO 81503

| EARNINGS | RATE | UNITS/HRS | CURRENT | Y-T-D |
|----------|------|-----------|---------|-------|
| Reg Pay | 16.50 | 40.00 | 660.00 | 9,574.95 |
| Overtime | 25.68 | 0.30 | 7.71 | 25.04 |
| Vacation | | | | 528.00 |
| Sick Pay | | | | 429.00 |
| HolPW NW | | | | 396.00 |
| Floater | | | | 132.00 |
| ONCALPAY | | | 75.00 | 450.00 |
| Totals: | | | 742.71 | 11,534.99 |

| FEDERAL Taxable Wages | | 742.71 | 11,534.99 |
|----|----|----|----|

| TAXES | | | CURRENT | Y-T-D |
|-------|--|--|---------|-------|
| W/H | Federal | | 45.54 | 629.48 |
| Soc Sec | Federal | | 46.05 | 715.17 |
| Medicare | Federal | | 10.77 | 167.26 |
| W/H | Colorado | | 20.00 | 325.00 |
| TOTAL TAXES | | | 122.36 | 1,836.91 |

NET PAY:                            620.35

Employee ID Number: 181267
Pay Period 04/14/2016 Thru 04/20/2016



Ryder Truck Rental, Inc.
305-500-3058
11690 NW 105 St.
Miami, FL 33178

Advice Number:    8126700039

Advice Date:      04/27/2016

| Deposited to Financial Institution | Account Number | Amount |
|---|---|---|
| COLORAMO        F | XXXXXXXXXXXXX2637 | 620.35 |





**Ryder**

CO   FILE #   000000-000000
PCSDHC 000181267

PrsArea: T781 Loc: 0907   CO: 0059

Ryder Truck Rental, Inc.
305-500-3058
11690 NW 105 St.
Miami, FL 33178

Taxable Marital Status: M

Federal: 02 Addt'l Tx
State: 00 Addt'l Tx
Local:

# Earnings  Statement

| | |
|---|---|
| | Page 001 of 001 |
| Advice Date: | 05/04/2016 |
| Advice Number: | 8126700040 |
| Batch Number: | 000011945 |

Katrina Jane Bobber
2841B Monroe Ln
Grand Junction,   CO 81503

| EARNINGS | RATE | UNITS/HRS | CURRENT | Y-T-D |
|---|---|---|---|---|
| Reg Pay | 16.50 | 33.50 | 552.75 | 10,127.70 |
| Overtime | | | | 25.04 |
| Vacation | | | | 528.00 |
| Sick Pay | | | | 429.00 |
| HolPW NW | | | | 396.00 |
| Floater | 16.50 | 8.00 | 132.00 | 264.00 |
| ONCALPAY | | | 75.00 | 525.00 |
| TOTAL GROSS EARNINGS | | | 759.75 | 12,294.74 |

| | | CURRENT | Y-T-D |
|---|---|---|---|
| FEDERAL TAXABLE EARNINGS | | 759.75 | 12,294.74 |

| TAXES | | CURRENT | Y-T-D |
|---|---|---|---|
| W/H | Federal | 48.10 | 677.58 |
| Soc Sec | Federal | 47.10 | 762.27 |
| Medicare | Federal | 11.01 | 178.27 |
| W/H | Colorado | 20.00 | 345.00 |
| TOTAL TAXES | | 126.21 | 1,963.12 |

| | |
|---|---|
| NET EARNINGS | 633.54 |
| NET PAY: | 633.54 |

Employee ID Number: 181267
Pay Period 04/21/2016 Thru 04/27/2016

---

**Ryder**

Ryder Truck Rental, Inc.
305-500-3058
11690 NW 105 St.
Miami, FL 33178

| | |
|---|---|
| Advice Number: | 8126700040 |
| Advice Date: | 05/04/2016 |

| Deposited to Financial Institution | Account Number | Amount |
|---|---|---|
| COLORAMO   F | XXXXXXXXXXXXX2637 | 633.54 |

THIS IS NOT A CHECK



| CO FILE # | 000000-000000 |
| --- | --- |
| PCSDHC 000181267 | |

PrsArea: T781 Loc: 0907   CO: 0059

Ryder Truck Rental, Inc.
305-500-3058
11690  NW  105  St.
Miami,  FL  33178

# Earnings   Statement

| | |
| --- | --- |
| Advice Date: | Page 001 of 001<br>05/11/2016 |
| Advice Number: | 8126700041 |
| Batch Number: | 000011961 |

Taxable  Marital  Status:  M

Federal:  02  Addt'l Tx
State:  00  Addt'l Tx
Local:

Katrina  Jane  Bobber
2841B  Monroe  Ln
Grand  Junction,   CO  81503

| EARNINGS | RATE | UNITS/HRS | CURRENT | Y-T-D |
| --- | --- | --- | --- | --- |
| Reg Pay | 16.50 | 39.90 | 658.35 | 10,786.05 |
| Overtime | 25.67 | 1.00 | 25.67 | 50.71 |
| Vacation | | | | 528.00 |
| Sick Pay | | | | 429.00 |
| HolPW NW | | | | 396.00 |
| Floater | | | | 264.00 |
| ONCALPAY | | | 75.00 | 600.00 |
| TOTAL GROSS EARNINGS | | | 759.02 | 13,053.76 |
| | | | | |
| FEDERAL TAXABLE EARNINGS | | | 759.02 | 13,053.76 |

| TAXES | | CURRENT | Y-T-D |
| --- | --- | --- | --- |
| W/H | Federal | 47.99 | 725.57 |
| Soc Sec | Federal | 47.06 | 809.33 |
| Medicare | Federal | 11.01 | 189.28 |
| W/H | Colorado | 20.00 | 365.00 |
| TOTAL TAXES | | 126.06 | 2,089.18 |
| | | | |
| NET EARNINGS | | 632.96 | |
| | | | |
| NET PAY: | | 632.96 | |

Employee  ID  Number:  181267
Pay  Period  04/28/2016  Thru  05/04/2016

Ryder  Truck  Rental,   Inc.
305-500-3058
11690  NW  105  St.
Miami,  FL  33178

| Advice  Number: | 8126700041 |
| --- | --- |
| Advice  Date: | 05/11/2016 |



| Deposited  to  Financial  Institution | Account  Number | Amount |
| --- | --- | --- |
| COLORAMO      F | XXXXXXXXXXXXX2637 | 632.96 |



CO      FILE #          000000-000000
PCSDHC  000181267
PrsArea:  T781  Loc: 0907    CO: 0059

Ryder Truck Rental, Inc.
305-500-3058
11690  NW  105 St.
Miami, FL 33178

# Earnings   Statement

| | |
|---|---|
| | Page  001  of 001 |
| Advice Date: | 05/18/2016 |
| Advice Number: | 8126700042 |
| Batch Number: | 000011987 |

Taxable  Marital  Status:  M

Federal:  02   Addt'l  Tx
State:  00   Addt'l  Tx
Local:

Katrina   Jane  Bobber
2841B   Monroe  Ln
Grand   Junction,   CO  81503

| EARNINGS | RATE | UNITS/HRS | CURRENT | Y-T-D |
|---|---|---|---|---|
| Reg Pay | 16.50 | 40.00 | 660.00 | 11,446.05 |
| Overtime | 25.66 | 1.30 | 33.36 | 84.07 |
| Vacation | | | | 528.00 |
| Sick Pay | | | | 429.00 |
| HolPW NW | | | | 396.00 |
| Floater | | | | 264.00 |
| ONCALPAY | | | 75.00 | 675.00 |
| TOTAL GROSS EARNINGS | | | 768.36 | 13,822.12 |
| | | | | |
| FEDERAL TAXABLE EARNINGS | | | 768.36 | 13,822.12 |

| TAXES | | CURRENT | Y-T-D |
|---|---|---|---|
| W/H | Federal | 49.39 | 774.96 |
| Soc Sec | Federal | 47.64 | 856.97 |
| Medicare | Federal | 11.14 | 200.42 |
| W/H | Colorado | 21.00 | 386.00 |
| TOTAL TAXES | | 129.17 | 2,218.35 |

| | | |
|---|---|---|
| NET EARNINGS | | 639.19 |
| NET PAY: | | 639.19 |

Employee  ID Number:  181267
Pay Period  05/05/2016  Thru  05/11/2016

THIS IS NOT A CHECK



Ryder  Truck  Rental,   Inc.
305-500-3058
11690  NW  105 St.
Miami,  FL  33178

| | | |
|---|---|---|
| Advice  Number: | 8126700042 |
| Advice  Date: | 05/18/2016 |

| Deposited  to  Financial  Institution | Account  Number | Amount |
|---|---|---|
| COLORAMO      F | XXXXXXXXXXXX2637 | 639.19 |



```
             CO    FILE #        000000-000000
         PCSDHC 000181267
         PrsArea: T781 Loc: 0907    CO: 0059

         Ryder Truck Rental, Inc.
         305-500-3058
         11690 NW 105 St.
         Miami, FL 33178


     Taxable Marital Status: M

     Federal: 02  Addt'l Tx
     State: 00  Addt'l Tx
     Local:
```

# Earnings Statement

| | |
|---|---|
| | Page 001 of 001 |
| Advice Date: | 05/25/2016 |
| Advice Number: | 8126700043 |
| Batch Number: | 000012003 |

Katrina  Jane  Bobber
2841B  Monroe  Ln
Grand  Junction,   CO  81503

| EARNINGS | RATE | UNITS/HRS | CURRENT | Y-T-D |
|---|---|---|---|---|
| Reg Pay | 16.50 | 40.00 | 660.00 | 12,106.05 |
| Overtime | 25.65 | 2.00 | 51.30 | 135.37 |
| Vacation | | | | 528.00 |
| Sick Pay | | | | 429.00 |
| HolPW NW | | | | 396.00 |
| Floater | | | | 264.00 |
| ONCALPAY | | | 75.00 | 750.00 |
| TOTAL GROSS EARNINGS | | | 786.30 | 14,608.42 |
| | | | | |
| FEDERAL TAXABLE EARNINGS | | | 786.30 | 14,608.42 |

| TAXES | | CURRENT | Y-T-D |
|---|---|---|---|
| W/H | Federal | 52.08 | 827.04 |
| Soc Sec | Federal | 48.75 | 905.72 |
| Medicare | Federal | 11.40 | 211.82 |
| W/H | Colorado | 22.00 | 408.00 |
| TOTAL TAXES | | 134.23 | 2,352.58 |

| | | |
|---|---|---|
| NET EARNINGS | | 652.07 |
| NET PAY: | | 652.07 |

Employee ID Number: 181267
Pay Period 05/12/2016 Thru 05/18/2016

---

| | | | | |
|---|---|---|---|---|
| **Ryder** Truck Rental, Inc. | | | Advice Number: | 8126700043 |
| 305-500-3058 | | | | |
| 11690 NW 105 St. | | | Advice Date: | 05/25/2016 |
| Miami, FL 33178 | | | | |

| Deposited to Financial Institution | Account Number | Amount |
|---|---|---|
| COLORAMO  F | XXXXXXXXXXXXX2637 | 652.07 |

THIS IS NOT A CHECK



CO      FILE #           000000-000000
PCSDHC  000181267
PrsArea:  T781  Loc:  0907    CO:  0059

Ryder Truck Rental, Inc.
305-500-3058
11690  NW  105  St.
Miami,  FL  33178

Taxable  Marital  Status:  M

Federal:  02  Addt'l  Tx
State:  00  Addt'l  Tx
Local:

# Earnings   Statement

Page  001  of  001
Advice Date:        06/01/2016
Advice Number:      8126700044
Batch Number:       000012033

Katrina   Jane  Bobber
2841B   Monroe  Ln
Grand   Junction,   CO  81503

| EARNINGS | RATE | UNITS/HRS | CURRENT | Y-T-D |
|---|---|---|---|---|
| Reg Pay | 16.50 | 39.80 | 656.70 | 12,762.75 |
| Overtime | | | | 135.37 |
| Vacation | | | | 528.00 |
| Sick Pay | | | | 429.00 |
| HolPW NW | | | | 396.00 |
| Floater | | | | 264.00 |
| ONCALPAY | | | | 750.00 |
| TOTAL GROSS EARNINGS | | | 656.70 | 15.265.12 |
| | | | | |
| FEDERAL TAXABLE EARNINGS | | | 656.70 | 15.265.12 |

| TAXES | | CURRENT | Y-T-D |
|---|---|---|---|
| W/H | Federal | 33.65 | 860.69 |
| Soc Sec | Federal | 40.72 | 946.44 |
| Medicare | Federal | 9.52 | 221.34 |
| W/H | Colorado | 16.00 | 424.00 |
| TOTAL TAXES | | 99.89 | 2,452.47 |
| | | | |
| NET EARNINGS | | 556.81 | |
| | | | |
| NET PAY: | | 556.81 | |

Employee  ID Number:  181267
Pay Period  05/19/2016  Thru  05/25/2016

© 2011 automatic data processing .................

Ryder  Truck  Rental,   Inc.
305-500-3058
11690  NW  105  St.
Miami,   FL  33178

Advice   Number:    8126700044

Advice   Date:      06/01/2016

THIS IS NOT A CHECK

**Deposited  to  Financial  Institution**          **Account  Number**                         **Amount**

COLORAMO          F                              XXXXXXXXXXXXX2637                          556.81



# Earnings Statement

CO    FILE #        000000-000000
PCSDHC 000181267

PrsArea: T781 Loc: 0907   CO: 0059

Ryder Truck Rental, Inc.
305-500-3058
11690 NW 105 St.
Miami, FL 33178

| | | |
|---|---|---|
| Advice Date: | 06/08/2016 | Page 001 of 001 |
| Advice Number: | 8126700045 | |
| Batch Number: | 000012049 | |

Taxable Marital Status: M

Federal: 02  Addt'l Tx
State: 00  Addt'l Tx
Local:

Katrina  Jane  Bobber
2841B  Monroe  Ln
Grand  Junction,    CO  81503

| EARNINGS | RATE | UNITS/HRS | CURRENT | Y-T-D |
|---|---|---|---|---|
| Reg Pay | 16.50 | 32.00 | 528.00 | 13,290.75 |
| Overtime | 24.75 | 0.70 | 17.33 | 152.70 |
| Vacation | | | | 528.00 |
| Sick Pay | | | | 429.00 |
| HolPW NW | 16.50 | 8.00 | 132.00 | 528.00 |
| Floater | | | | 264.00 |
| ONCALPAY | | | | 750.00 |
| TOTAL GROSS EARNINGS | | | 677.33 | 15,942.45 |
| | | | | |
| FEDERAL TAXABLE EARNINGS | | | 677.33 | 15,942.45 |

| TAXES | | CURRENT | Y-T-D |
|---|---|---|---|
| W/H | Federal | 35.73 | 896.42 |
| Soc Sec | Federal | 41.99 | 988.43 |
| Medicare | Federal | 9.83 | 231.17 |
| W/H | Colorado | 17.00 | 441.00 |
| TOTAL TAXES | | 104.55 | 2,557.02 |
| | | | |
| NET EARNINGS | | 572.78 | |
| | | | |
| NET PAY: | | 572.78 | |

Employee ID Number: 181267
Pay Period 05/26/2016 Thru 06/01/2016

---

Ryder  Truck  Rental,  Inc.
305-500-3058
11690  NW  105  St.
Miami,  FL  33178

Advice  Number:   8126700045

Advice  Date:       06/08/2016

THIS IS NOT A CHECK

**Deposited  to  Financial  Institution**       **Account  Number**                                 **Amount**

COLORAMO        F                    XXXXXXXXXXXXX2637                                    572.78



CO    FILE #      000000-000000
PC6DHC 000182267

PrsArea: T781 Loc: 0907    CO: 0059

Ryder Truck Rental, Inc.
305-500-3058
11690 NW 105 St.
Miami, FL 33178

Taxable Marital Status: M

Federal: 02  Addt'l Tx
State: 00  Addt'l Tx
Local:

# Earnings  Statement

|  | Page 001 of 001 |
|---|---|
| Advice Date: | 06/15/2016 |
| Advice Number: | 8126700046 |
| Batch Number: | 000012065 |

**Katrina  Jane  Bobber**
**2841B  Monroe  Ln**
**Grand  Junction,   CO 81503**

| EARNINGS | RATE | UNITS/HRS | CURRENT | Y-T-D |
|---|---|---|---|---|
| Reg Pay | 16.50 | 30.10 | 496.65 | 13,787.40 |
| Overtime |  |  |  | 152.70 |
| Vacation |  |  |  | 528.00 |
| Sick Pay | 16.50 | 8.00 | 132.00 | 561.00 |
| HolPW NW |  |  |  | 528.00 |
| Floater |  |  |  | 264.00 |
| ONCALPAY |  |  |  | 750.00 |
| TOTAL GROSS EARNINGS |  |  | 628.65 | 16,571.10 |

| FEDERAL TAXABLE EARNINGS |  |  | 628.65 | 16,571.10 |
|---|---|---|---|---|

| TAXES |  |  | CURRENT | Y-T-D |
|---|---|---|---|---|
| W/H | Federal |  | 30.85 | 927.27 |
| Soc Sec | Federal |  | 38.98 | 1,027.41 |
| Medicare | Federal |  | 9.11 | 240.28 |
| W/H | Colorado |  | 14.00 | 455.00 |
| TOTAL TAXES |  |  | 92.94 | 2,649.96 |

| NET EARNINGS |  |  | 535.71 |  |
|---|---|---|---|---|

| NET PAY: |  |  | 535.71 |  |
|---|---|---|---|---|

Employee ID Number: 181267
Pay Period 06/02/2016 Thru 06/08/2016



Ryder Truck Rental, Inc.
305-500-3058
11690 NW 105 St.
Miami, FL 33178

| Advice Number: | 8126700046 |
|---|---|
| Advice Date: | 06/15/2016 |

| Deposited to Financial Institution | Account Number | Amount |
|---|---|---|
| COLORAMO   F | XXXXXXXXXXXXX2637 | 535.71 |



RETRIEVER FREIGHT SERVICES LLC
1338 13 RD
LOMA CO  81524

1303-3315
Company
EE ID: 10



MICHAEL BOBBER
2522 KENNEDY AVENUE
GRAND JUNCTION CO  81501

**PERSONAL AND CHECK INFORMATION**

Michael Bobber
2522 Kennedy Avenue
Grand Junction, CO  81501

Soc Sec #: xxx-xx-xxxx     Employee ID: 10

Pay Period: 03/14/16 to 03/27/16
Check Date: 04/01/16     Check #: 87

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 2637 | 1186.23 | 8600.48 |
| **NET PAY** | **1186.23** | **8600.48** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | 2045.86 | | 14321.02 |
| Total Hours | | | | | |
| Gross Earnings | | | 2045.86 | | 14321.02 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 126.84 | 887.90 |
| Medicare | | 29.66 | 207.65 |
| Fed Income Tax | S 0 | 311.84 | 2182.88 |
| CO Income Tax | S 0 | 88.00 | 616.00 |
| **TOTAL** | | 556.34 | 3894.43 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|
| Garnishment | 13.50 | | 94.50 |
| Loan | 60.00 | 360.00 | 240.00 |
| Post Tax Health | 168.41 | | 1061.95 |
| SIMPLE IRA EE P | 61.38 | | 429.66 |
| **TOTAL** | 303.29 | | 1826.11 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1186.23 | 8600.48 |

RETRIEVER FREIGHT SERVICES LLC
1338 13 RD
LOMA CO 81524

1303-3315
Company
EE ID: 10

MICHAEL BOBBER
2522 KENNEDY AVENUE
GRAND JUNCTION CO 81501

*Payrolls by Paychex Inc*

**VOID**

| **PERSONAL AND CHECK INFORMATION** | | | **EARNINGS** | *DESCRIPTION* | *HRS/UNITS* | *RATE* | *THIS PERIOD ($)* | *YTD HOURS* | *YTD ($)* |
|---|---|---|---|---|---|---|---|---|---|
| Michael Bobber | | | | | | | | | |
| 2522 Kennedy Avenue | | | | Salary | | | 2045.86 | | 16366.88 |
| Grand Junction, CO 81501 | | | | Total Hours | | | | | |
| | | | | Gross Earnings | | | 2045.86 | | 16366.88 |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 10 | | | | Total Hrs Worked | | | | | |
| | | | **WITHHOLDINGS** | *DESCRIPTION* | *FILING STATUS* | | *THIS PERIOD ($)* | | *YTD ($)* |
| Pay Period: 03/28/16 to 04/10/16 | | | | | | | | | |
| Check Date: 04/15/16   Check #: 93 | | | | Social Security | | | 126.85 | | 1014.75 |
| **NET PAY ALLOCATIONS** | | | | Medicare | | | 29.67 | | 237.32 |
| | | | | Fed Income Tax | S 0 | | 311.84 | | 2494.72 |
| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* | | CO Income Tax | S 0 | | 88.00 | | 704.00 |
| Check Amount | 0.00 | 0.00 | | | | | | | |
| Chkg 2637 | 1186.21 | 9786.69 | | **TOTAL** | | | 556.36 | | 4450.79 |
| **NET PAY** | **1186.21** | **9786.69** | **DEDUCTIONS** | *DESCRIPTION* | | | *THIS PERIOD ($)* | *BALANCE* | *YTD ($)* |
| | | | | Garnishment | | | 13.50 | | 108.00 |
| | | | | Loan | | | 60.00 | 300.00 | 300.00 |
| | | | | Post Tax Health | | | 168.41 | | 1230.36 |
| | | | | SIMPLE IRA EE P | | | 61.38 | | 491.04 |
| | | | | **TOTAL** | | | 303.29 | | 2129.40 |

| **NET PAY** | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| | **1186.21** | **9786.69** |

*Payrolls by Paychex  Inc*

**0087 1303-3315** Retriever Freight Services LLC • 1338 13 Rd • Loma CO 81524 • (970) 260-6870

RETRIEVER FREIGHT SERVICES LLC
1338 13 RD
LOMA CO 81524

1303-3315
Company
EE ID: 10

Payrolls by Paychex, Inc.

MICHAEL BOBBER
2522 KENNEDY AVENUE
GRAND JUNCTION CO 81501

VOID

## PERSONAL AND CHECK INFORMATION

Michael Bobber
2522 Kennedy Avenue
Grand Junction, CO 81501

Soc Sec #: xxx-xx-xxxx    Employee ID: 10

**Pay Period:** 04/11/16 to 04/24/16
**Check Date:** 04/29/16    **Check #:** 99

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 2637 | 1186.23 | 10972.92 |
| **NET PAY** | **1186.23** | **10972.92** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 2045.86 | | 18412.74 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 2045.86 | | 18412.74 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 126.84 | 1141.59 |
| | Medicare | | 29.66 | 266.98 |
| | Fed Income Tax | S 0 | 311.84 | 2806.56 |
| | CO Income Tax | S 0 | 88.00 | 792.00 |
| | **TOTAL** | | 556.34 | 5007.13 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|---|
| | Garnishment | 13.50 | | 121.50 |
| | Loan | 60.00 | 240.00 | 360.00 |
| | Post Tax Health | 168.41 | | 1398.77 |
| | SIMPLE IRA EE P | 61.38 | | 552.42 |
| | **TOTAL** | 303.29 | | 2432.69 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1186.23** | **10972.92** |

Payrolls by Paychex, Inc.

RETRIEVER FREIGHT SERVICES LLC
1338 13 RD
LOMA CO  81524

1303-3315
Company
EE ID: 10



MICHAEL BOBBER
2522 KENNEDY AVENUE
GRAND JUNCTION CO  81501

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Michael Bobber | | | | | | | | | |
| 2522 Kennedy Avenue | | | | Salary | | | 2045.86 | | 20458.60 |
| Grand Junction, CO  81501 | | | | Total Hours | | | | | |
| | | | | Gross Earnings | | | 2045.86 | | 20458.60 |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 10 | | | | Total Hrs Worked | | | | | |
| | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Pay Period: 04/25/16 to 05/08/16 | | | | | | | | | |
| Check Date: 05/13/16   Check #: 107 | | | | Social Security | | | 126.84 | | 1268.43 |
| **NET PAY ALLOCATIONS** | | | | Medicare | | | 29.67 | | 296.65 |
| | | | | Fed Income Tax | S 0 | | 311.84 | | 3118.40 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | CO Income Tax | S 0 | | 88.00 | | 880.00 |
| Check Amount | 0.00 | 0.00 | | | | | | | |
| Chkg 2637 | 1186.22 | 12159.14 | | TOTAL | | | 556.35 | | 5563.48 |
| NET PAY | 1186.22 | 12159.14 | DEDUCTIONS | DESCRIPTION | | | THIS PERIOD ($) | BALANCE | YTD ($) |
| | | | | Garnishment | | | 13.50 | | 135.00 |
| | | | | Loan | | | 60.00 | 180.00 | 420.00 |
| | | | | Post Tax Health | | | 168.41 | | 1567.18 |
| | | | | SIMPLE IRA EE P | | | 61.38 | | 613.80 |
| | | | | TOTAL | | | 303.29 | | 2735.98 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1186.22 | 12159.14 |

0087 1303-3315 Retriever Freight Services LLC • 1338 13 Rd • Loma CO 81524 • (970) 260-6870

Payroll by Paychex, Inc.

## PERSONAL AND CHECK INFORMATION

Michael Bobber
2522 Kennedy Avenue
Grand Junction, CO 81501

Soc Sec #: xxx-xx-xxxx    Employee ID: 10

Pay Period: 05/09/16 to 05/22/16
Check Date: 05/27/16    Check #: 115

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- |
| Chkg 2637 | 1186.22 | 13345.36 |
| Check Amount | 0.00 | 0.00 |
| NET PAY | 1186.22 | 13345.36 |

### EARNINGS

| DESCRIPTION | RATE | HRS/UNITS | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- | --- | --- |
| Salary | | | 2045.86 | 22550.46 |
| Total Hours | | | | |
| Gross Earnings | | | 2045.86 | 22550.46 |
| Total Hrs Worked | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- | --- |
| Social Security | | 126.85 | 1395.28 |
| Medicare | | 29.66 | 326.31 |
| Fed Income Tax | S 0 | 311.84 | 3430.24 |
| CO Income Tax | S 0 | 88.00 | 968.00 |
| TOTAL | | 556.35 | 6119.83 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
| --- | --- | --- | --- |
| Garnishment | 13.50 | | 148.50 |
| Loan | 60.00 | 120.00 | 480.00 |
| Post Tax Health | 168.41 | | 1735.59 |
| SIMPLE IRA EE P | 61.38 | | 675.18 |
| TOTAL | 303.29 | | 3039.27 |

### NET PAY

| | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- |
| NET PAY | 1186.22 | 13345.36 |

RETRIEVER FREIGHT SERVICES LLC
1338 13 RD
LOMA CO 81524

MICHAEL BOBBER
2522 KENNEDY AVENUE
GRAND JUNCTION CO 81501

1303-3315
Company
EE ID: 10

VOID

RETRIEVER FREIGHT SERVICES LLC
1338 13 RD
LOMA CO 81524

1303-3315
Company
EE ID: 10



MICHAEL BOBBER
2522 KENNEDY AVENUE
GRAND JUNCTION CO 81501



| PERSONAL AND CHECK INFORMATION | | |
| --- | --- | --- |
| Michael Bobber | | |
| 2522 Kennedy Avenue | | |
| Grand Junction, CO 81501 | | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 10 | | |

Pay Period: 05/23/16 to 06/05/16
Check Date: 06/10/16   Check #: 124

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- |
| Check Amount | 0.00 | 0.00 |
| Chkg 2637 | 1186.22 | 14531.58 |
| **NET PAY** | **1186.22** | **14531.58** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
| --- | --- | --- | --- | --- | --- | --- |
| | Salary | | | 2045.86 | | 24550.32 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 2045.86 | | 24550.32 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- | --- | --- |
| | Social Security | | 126.84 | 1522.12 |
| | Medicare | | 29.67 | 355.98 |
| | Fed Income Tax | S 0 | 311.84 | 3742.08 |
| | CO Income Tax | S 0 | 88.00 | 1056.00 |
| | **TOTAL** | | 556.35 | 6676.18 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
| --- | --- | --- | --- | --- |
| | Garnishment | 13.50 | | 162.00 |
| | Loan | 60.00 | 60.00 | 540.00 |
| | Post Tax Health | 168.41 | | 1904.00 |
| | SIMPLE IRA EE P | 61.38 | | 736.56 |
| | **TOTAL** | 303.29 | | 3342.56 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- |
| | **1186.22** | **14531.58** |

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |        |                    |
|---|--------|--------------------|
|   | $1,167 | filing fee         |
| + | $550   | administrative fee |
|   | $1,717 | total fee          |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**District of Colorado, Denver Division**

IN RE:                                                                Case No. _____

**Bobber, Michael John & Bobber, Katrina Jane** _____   Chapter **7** _____
Debtor(s)

**CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)**
**UNDER § 342(b) OF THE BANKRUPTCY CODE**

**Certificate of [Non-Attorney] Bankruptcy Petition Preparer**

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____          Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer          petition preparer is not an individual, state
Address:                                                                 the Social Security number of the officer,
_____          principal, responsible person, or partner of
                                                                         the bankruptcy petition preparer.)
_____          (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

**Certificate of the Debtor**

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Bobber, Michael John & Bobber, Katrina Jane** _____   **X** */s/ Bobber, Michael John*                 **7/07/2016**
Printed Name(s) of Debtor(s)                                      Signature of Debtor                            Date

Case No. (if known) _____   **X** */s/ Katrina Jane Bobber*                              **7/07/2016**
                                                                 Signature of Joint Debtor (if any)             Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)